# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| C&S PATENT AND LAW OFFICE,<br><br>        Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A.,<br><br>        Defendant. | Case No.: CV 18-5496-DMG (JPRx)<br><br>**[REDACTED] JUDGMENT** |
| BANK OF AMERICA, N.A.,<br><br>        Counterclaimant,<br><br>v.<br><br>C&S PATENT AND LAW OFFICE,<br><br>        Counterdefendant. | |
| BANK OF AMERICA, N.A.,<br><br>        Counterclaimant,<br><br>v.<br><br>ANISHA OZOMENA SOLE PROP dba NSIPL GROUP and AMBER MARIE POPE VERRETT SOLE PROP dba NSIPL GRO,<br><br>        Counterdefendants. | |

On July 1, 2019, Plaintiff C&S Patent and Law Office ("Plaintiff") and Defendant Bank of America, N.A. ("B of A") filed a Joint Stipulation for a Judgment that would resolve the parties' respective claims against each other. [Doc. ## 95, 95-1.] On July 31, 2019, the Court granted in part and denied in part B of A's Applications for Default Judgment against Counter-Defendants Anisha Ozomena Sole Prop and Amber Marie Pope Verrett Sole Prop.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1. Judgment is hereby entered against B of A and in favor of Plaintiff on Plaintiff's cause of action for the recovery of money under California Civil Code sections 2223 and 2224;

2. Judgment is hereby entered in favor of B of A with respect to B of A's counterclaim for interpleader regarding the $259,320.81 held in suspense for account number ████1941 and the $610,550.92 held in suspense for account number ████0516;

3. Within three (3) business days of the entry of this Judgment, B of A shall deliver and pay the sum of $858,465.38 to Plaintiff, and B of A shall retain the sum of $11,406.35 as compensation for B of A's reasonable costs incurred in connection with its counterclaim for interpleader; and

4. With the exception of the aforementioned award of costs to B of A in the amount of $11,406.35, each party shall bear its own costs and attorneys' fees.

DATED: July 31, 2019

_____
DOLLY M. GEE
UNITES STATES DISTRICT JUDGE